**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

JOE BLACK, III,

        Plaintiff,

v.

AFFIRM, INC.,

        Defendant.

Case No. 2:24-cv-02113-JPM-CGC

Judge Jon Phipps McCalla

## DEFENDANT AFFIRM, INC.'S MOTION TO DISMISS

Defendant Affirm, Inc. ("Affirm" or "Defendant"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby submits this Motion to Dismiss the Complaint filed by Plaintiff Joe Black, III ("Plaintiff"). For the reasons explained in the contemporaneously filed Memorandum in Support, Affirm respectfully requests the Court grant its Motion and dismiss Plaintiff's Complaint with prejudice.

Submitted: March 21, 2024

By:/s/ *Ethan G. Ostroff*
Ethan G. Ostroff
(Admitted to W.D. Tenn. – VSB No 71610)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Email: Ethan.Ostroff@troutman.com

Carter R. Nichols
(Admitted to W.D. Tenn. – VSB No. 90950)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7556
Email: Carter.Nichols@troutman.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, a true and correct copy of the foregoing *Defendant Affirm's Motion to Dismiss* was filed electronically via the Court's CM/ECF platform. A copy of the foregoing was also sent via U.S. Mail and electronic mail to Plaintiff at the following addresses:

### Plaintiff

Joe Black III
875 W. Popal Ave., Suite 23 PMB 188
Collierville, TN 38017
Sirjoeblack007@gmail.com

By:/s/  *Ethan G. Ostroff*
Ethan G. Ostroff

2