**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOE BLACK III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:24-cv-02113-JPM-cgc |
| v. | ) | |
| | ) | |
| AFFIRM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Motion to Dismiss, filed on March 21, 2024 (ECF No. 9), and the Court having entered an Order Adopting Magistrate Judge Claxton's Report and Recommendation to grant Defendant's Motion (ECF No. 21),

This matter having now been resolved, **IT IS THERERFORE ORDERED, ADJUDGED AND DECREED** that this cause is Dismissed with Prejudice.

**SO ORDERED** this 14th day of November, 2024.

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE